HOWREY SIMON ARNOLD & WHITE, LLP
Carmine R. Zarlenga
John J. Rosenthal
1299 Pennsylvania Avenue, N.W.
Washington D.C. 20004
Telephone: (202) 783-0800

Edwin H. Wheeler (CA Bar No. 189991)
301 Ravenswood Avenue
Menlo Park, CA 94025
Telephone: (650) 463-8100

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

FILED

2000 NOV 21 P 2: 07

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
                DEPUTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BASF AG et al., <br><br> Defendants. | Case No. CIV F 00-6384 <br><br> **ORDER TO APPOINT SPECIAL PROCESS SERVER** |

**IT IS HEREBY ORDERED:**

APS International, Ltd. is authorized to effect service of process on defendants Eisai Co., Ltd., Takeda Chemical Industries, Ltd., Mitsui & Co., Ltd., and Daiichi Pharmaceutical Co., Ltd. in Japan, BASF AG and Degussa-Huls, AG in Germany, Lonza AG and F. Hoffman-La Roche, Ltd. in Switzerland, Rhone-Poulenc S.A. in France, and UCB SA in Belgium in accordance with the Hague Convention and international law.

Dated: __11-21-00__

_____
Hon. Anthony W. Ishii, Judge of the
United States District Court

```
               United States District Court
                         for the
               Eastern District of California
                     November 22, 2000
```

** CERTIFICATE OF SERVICE **

1:00-cv-06384

Foster Poultry Farms

   v.

BASF AG

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 22, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Edwin H Wheeler                          AWI/hn
     Howrey and Simon
     301 Ravenswood Avenue
     Menlo Park, CA  94025
```

                                                  Jack L. Wagner, Clerk

                                        BY: _____
                                              Deputy Clerk